

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 27, 2015

Kristen Jernigan
Attorney at Law
207 S. Austin Ave.
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00016-CR
Trial Court Case Number: 12-05502-CRF-361

**Style:** Lawrence  Pena v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted.  Appellant's brief is filed as of May 21, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:     Douglas Howell (DELIVERED VIA E-MAIL)